ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 873-5386
Fax (702) 873-5903
anthony@deluca-associates.com

## IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| | |
|---|---|
| **In Re**: <br><br> Elmo Jay Bentley <br> Roberta Marie Bentley <br><br> **Debtor(s)** | Case No. 08-19071- <br> Trustee: <br><br> Chapter:13 <br><br> Hearing Date: April 25, 2011 <br> Hearing Time: 10:30 a.m. |

### OPPOSITION TO MOTION FOR RELIEF FILED BY Wells Fargo Hm Mortgag

COMES NOW Elmo Jay Bentley and Roberta Marie Bentley (hereinafter referred to as "debtor(s)"), by and through their attorney, Anthony J. DeLuca, Esq., and hereby oppose the Motion for Relief filed by Wells Fargo Hm Mortgag ("Creditor") on the grounds set forth below.

1. On  August 12, 2008, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. On March 22, 2011, Creditor filed a Motion for Relief from the Automatic Stay on Debtor's property commonly known as Location: 6970 S. Valley View Blvd., Las Vegas NV, 89118.

3. Debtor is disputing the deficiency, if deficiency is established debtor is requesting and Adequate Protection Order.

WHEREFORE, Debtor respectfully prays that this Honorable Court

1.      Deny Movant's motion for relief.

2.      Any further just and equitable relief this Court deems proper under the premises.

DATED this April 21, 2011.


DELUCA & ASSOCIATES

/s/ Anthony J. DeLuca, Esq.

Attorney for Debtor(s)